1   RYAN M. SALZMAN (SBN 299923)
    ryan.salzman@faegredrinker.com
2   FAEGRE DRINKER BIDDLE & REATH LLP
    1800 Century Park East, Suite 1500
3   Los Angeles, California 90067
    Telephone:  +1 310 203 4000
4   Facsimile:   +1 310 229 1285

5   Attorneys for Defendant
    MASSACHUSETTS MUTUAL LIFE
6   INSURANCE COMPANY

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MASSACHUSETTS MUTUAL                    Case No. 4:22-cv-02219-HSG
    LIFE INSURANCE COMPANY,
12                                          **JOINT STIPULATION TO EXTEND
                      Plaintiff,            DATE OF CASE MANAGEMENT
13          v.                              CONFERENCE; ORDER AS
                                            MODIFIED**
14  MARK ANTHONY VINZANT JR. AND
    ZELDA MORRIS,                           Judge: Hon. Haywood S Gilliam, Jr
15
                      Defendants.           Action Filed: April 8, 2022
16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES (CENTURY PARK)

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANT MORRIS TO RESPOND TO COMPLAINT                    CASE NO. 4:22-CV-02219-HSG

1    WHEREAS, on April 8, 2022, Plaintiff Massachusetts Mutual Life Insurance Company

2  ("Plaintiff") filed a Complaint in this Court for Declaratory Relief against Defendants Zelda

3  Morris ("Morris") and Mark Anthony Vinzant, Jr. ("Vinzant") (Dkt. 1);

4    WHEREAS, on April 13, 2022, Plaintiff served the Complaint on Morris, making Morris'

5  response to Plaintiff's Complaint due to be filed or served on or before May 4, 2022;

6    WHEREAS, following service of the Complaint, counsel for Plaintiff spoke with Morris

7  who advised she was representing herself *pro se* in the action;

8    WHEREAS, Morris requested a 30-day extension of time to respond to the Complaint,

9  until and including June 3, 2022;

10    WHEREAS, counsel for Plaintiff and Morris met and conferred and agreed, pursuant to

11  Local Rule 6-1(a), to extend the deadline for Morris to respond to the Complaint until and

12  including June 3, 2022 and filed a joint stipulation to reflect their agreement (Dkt. 11);

13    WHEREAS, Morris filed an answer to the complaint on June 1, 2022 (Dkt. 12);

14    WHEREAS, this Court scheduled a case management conference for July 12, 2022 (Dkt.

15  10);

16    WHEREAS, Plaintiff and Morris were to submit a case management statement by July 5,

17  2022 (Dkt. 10);

18    WHEREAS, Morris continues to seek representation in this matter;

19    WHEREAS, Plaintiff and Morris request a continuance the case management statement

20  submission deadline until and including July 26, 2022, and a continuance of the case management

21  conference until August 2, 2022;

22    WHEREAS, the proposed time modification will not impact the overall schedule for this

23  action.

24    **THEREFORE, IT IS HEREBY STIPULATED** by the parties, through they or their

25  respective counsel of record, that the case management conference is continued to August 9,

26  2022 at 2:00 p.m.,  with a case management conference statement due on or before August 2,

27  2022.  **IT IS SO STIPULATED.**

28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES (CENTURY PARK)

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANT MORRIS TO RESPOND TO COMPLAINT          - 2 -          CASE NO. 4:22-CV-02219-HSG

Dated: July 1, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/ Ryan M. Salzman_
      Ryan M. Salzman

Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

Dated: July 1, 2022

ZELDA MORRIS

By:
Zelda Morris (*Pro Se*)

Defendant

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Ryan M. Salzman, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of July, 2022, in Los Angeles, California.

          _/s/ Ryan M. Salzman_
          Ryan M. Salzman

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES (CENTURY PARK)

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANT MORRIS TO RESPOND TO COMPLAINT

- 3 -

CASE NO. 4:22-CV-02219-HSG

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Date: _____7/6/2022_____

4                                              Hon. Haywood S. Gilliam, Jr.
                                               United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES (CENTURY PARK)

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANT MORRIS TO RESPOND TO COMPLAINT          - 4 -          CASE NO. 4:22-CV-02219-HSG