AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Massachusetts Mutal Life Insurance Company
            Plaintiff (s),
V.
Mark Anthony Vinzant, Jr. and Zelda Morris
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-cv-02219-HSG

Notice is hereby given that, subject to approval by the court, __Zelda Morris__ substitutes
(Party (s) Name)

__Nicole Ramos Takemoto__, State Bar No. __258770__ as counsel of record in
(Name of New Attorney)

place of __Zelda Morris, Pro Per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: CANDELARIA PC
    Address: 1981 N Broadway, Suite 440, Walnut Creek, CA 94596
    Telephone: (925) 2 336222    Facsimile (925) 891-7820
    E-Mail (Optional): nicole@candelarialawoffices.com

I consent to the above substitution.
Date: 07/27/2022
           _Zelda Morris_
           (Signature of Party (s))

I consent to being substituted.
Date:
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 1, 2022
           _Nicole Ramos Takemoto_
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: SEP 07 2022
           _Haywood S. Gill Jr._
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]