UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY VINZANT, JR., et al.,<br><br>Defendants. | Case No. 22-cv-02219-HSG<br><br>**ORDER GRANTING MOTION TO DIRECT INSURANCE PROCEEDS**<br><br>Re: Dkt. No. 42 |

The Court **GRANTS** the motion of conservator to direct insurance proceeds. Dkt. No. 42. Plaintiff Massachusetts Mutual Life Insurance Company is directed to distribute all proceeds for policy number 11228564 to the conservatorship bank account established by Zelda Morris, Conservator, for the benefit of Mark Vinzant, Jr., Conservatee. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge