DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile:  (310) 229-1285

Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

NICOLE RAMOS TAKEMOTO (SBN 258770)
CANDELARIA PC
1981 N. Broadway, Suite 440
Walnut Creek, CA 94596
Telephone: (925) 233-6222
Facsimile: (925) 891-7820

Attorney for Defendant
ZELDA RENE MORRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>MARK ANTHONY VINZANT JR. AND ZELDA MORRIS,<br><br>Defendants. | Case No. 4:22-cv-02219-HSG<br><br>**JOINT STIPULATION AND ORDER RE DISMISSAL OF CASE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2<br><br>Action Filed: April 8, 2022 |

US.359927073.01

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action by any party against any other party are hereby dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: October 18, 2023                Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: _____/s/ David A. Belcher_____
     David A. Belcher

Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

Dated: October 18, 2023                CANDELARIA PC

By: _____/s/ Nicole Ramos Takemoto_____
     Nicole Ramos Takemoto

Attorney for Defendant ZELDA MORRIS

US.359927073.01

2    JOINT STIP. AND ORDER RE DISMISSAL
     CASE NO. 4:22-CV-02219-HSG

## ORDER OF DISMISSAL

Pursuant to the above stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned case be and is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 10/19/2023

_(signature)_
Honorable Haywood S. Gilliam, Jr.
United States District Judge

US.359927073.01

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIP. AND ORDER RE DISMISSAL
CASE NO. 4:22-CV-02219-HSG